*Sewall Key, J. Louis Monarch, Bernard Chertcoff,* and *Walter J. Cummings, Jr.* for respondent.

No. 289. SMITH *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Charles P. Moriarity* and *Stanley J. Padden* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Leon Ulman* for the United States.

No. 292. MUTUAL FIRE INSURANCE Co. *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Horace Michener Schell* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch, Paul R. Russell,* and *Walter J. Cummings, Jr.* for the United States.

No. 293. MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION *v.* UNITED CASUALTY Co. ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Philip E. Horan* for petitioner. *Mr. Ralph E. Tibbetts* for respondents.

No. 297. LE DUC *v.* NORMAL PARK PRESBYTERIAN CHURCH. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Clifford Littell Le Duc, pro se. Mr. Benjamin Wham* for respondent.